### J. T. NEEDHAM v. SOUTHERN RAILWAY COMPANY.

(Filed 19 April, 1916.)

**1. Carriers of Passengers—Mixed Trains—Assumption of Risk.**

The rule of the risks assumed by a passenger on a mixed freight and passenger train, as laid down in *Marable v. R. R.*, 142 N. C., 563, is approved.

**2. Appeal and Error—Objections and Exceptions—Assignments of Error.**

Matters discussed in briefs filed in the Supreme Court, without exception noted of record or assignment of error, will not be considered.

APPEAL by defendant from *Cline, J.*, at August Term, 1915, of SURRY.

This is an action by the plaintiff, who was a passenger upon a mixed train, to recover damages for personal injury sustained, as he alleges, by the negligence of the defendant in causing a sudden movement of the train.

The jury answered the issue as to negligence in favor of the defendant, and from the judgment rendered thereon the plaintiff appealed.

*O. E. Snow, J. C. Buxton, and R. G. Parkes for plaintiff.*
*W. F. Carter and Manly, Hendren & Womble for defendant.*

PER CURIAM. The instructions to the jury, excepted to by the plaintiff, as to the risks assumed by a passenger upon a mixed train, are in

accordance with the principles laid down in *Marable v. R. R.*, 142 N. C., 563, and in many other cases.

The question discussed in the brief as to the correctness of the charge upon the burden of proof as to negligence is not presented by any exception or assignment of error, and therefore cannot be considered.

The correct rule in regard thereto is stated in *Barnes v. R. R.*, 168 N. C., 667.

No error.